**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **ORIYOMI ALOBA,** )<br>)<br>      **Plaintiff,** )<br>  v. )<br>)<br>**UNITED STATES EXECUTIVE** )<br>**OFFICE FOR THE DEPARTMENT** )<br>**OF JUSTICE, et al.,** )<br>)<br>      **Defendants** ) | No.   1:21-cv-00117-GZS |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 7) filed May 18, 2021 the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

                                                   /s/ George Z. Singal
                                                 United States District Judge

Dated this 14th day of June, 2021